UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL DE J. VELEZ JR., et al.,

    Plaintiffs

vs.                                                CIVIL NO. 98-2310 (JP)

ANGIE VARELA LLAVONA, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 26, 1999<br>**Docket #** 51<br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Motion Requesting Leave to Withdraw Legal Representation and Request for Extension of Time | **DENIED.** The Court will not allow the Law Offices of Melvin Rosario and Alex González to withdraw as Plaintiffs' legal counsel until another attorney appears on behalf of Plaintiffs. |

Date: 11/1/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:     #53