UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL DE J. VELEZ JR., et al.,

    Plaintiffs

vs.                            CIVIL NO. 98-2310 (JP)

ANGIE VARELA LLAVONA, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 8, 1999; November 9, 1999<br>**Docket #** 54, 55<br>[] **Plffs**   [X] **Defts**   [X] **Other**<br><br>**Title:** Motion Requesting Quashing of Subpoena and for Protective Order; Opposition to Motion to Quash Subpoena | **DENIED.** The scheduling of the deposition of Guiseppe Pandolfi de Rinaldis for November 12, 1999 was agreed to by all parties during the Initial Scheduling Conference. The Court will not reschedule the deposition, as this will impinge on other dates set forth in the Initial Scheduling Conference Order, including the dispositive motion deadline, which is December 20, 1999. If the parties are able to come to an agreement to change the deposition without the approval of the Court, that is not the business of the Court. |
| **Date Filed:** October 29, 1999<br>**Docket #** 52<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Motion | **NOTED.** The Court **NOTES** that Plaintiffs have submitted a list of documentary evidence that will be used at trial. |

Date: 11/10/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 57