IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL DE J. VELEZ, et al.,

    Plaintiffs,

v.

ANGIE VARELA LLAVONA, et al.,

    Defendants

CIVIL NO. 98-2310 (JP)

## FINAL JUDGMENT

Pursuant to the Plaintiffs' Stipulation for Dismissal with Prejudice **(docket No. 58)**, which is hereby **GRANTED** and made a part of this Judgment, and Federal Rule of Civil Procedure 41(a)(1), the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint against co-Defendants Angie Varela Llavona, Rafael Reyes Javier, Carmen H. Leon, and Olga Ramos de Julia, in their personal and official capacities as members of the General Council of Education. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 24th day of November, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)